**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Dwight Guyton, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:11-cv-00886-ELH |
| First National Collection Bureau, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: November 9, 2011

                                              Respectfully submitted,
                                              By /s/ Forrest E. Mays
                                              Forrest E. Mays (Bar No. 07510)
                                              1783 Forest Drive, Suite 109
                                              Annapolis, MD  21401
                                              Telephone: (410) 267-6297
                                              Facsimile: (410) 267-6234
                                              Email: mayslaw@mac.com

                                              Of Counsel To
                                              LEMBERG & ASSOCIATES L.L.C.
                                              A Connecticut Law Firm
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250

Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Forrest E. Mays_____

Forrest E. Mays